Kathryn Tassinari, OSB # 80115
Mark A. Manning, OSB # 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED '10 MAY 25 15:23 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TERESA LACKEY,                )
                              )   Case No. 08-6397-TC
        Plaintiff,            )
    vs.                       )
                              )   ORDER FOR PAYMENT OF ATTORNEY
MICHAEL J. ASTRUE,            )   FEES PURSUANT TO EAJA
Commissioner, Social Security )
Administration,               )
                              )
        Defendant.            )

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees and legal assistant fees in the amount of $4500.92 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Said fees are payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C.

Dated this 24th day of May, 2010.

_____
U.S. Magistrate Judge

PRESENTED BY:

s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff

ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA
Page 1 of 1